**Order entered September 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00845-CR

**FELTNER DEAN HUNT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F18-75195-R**

## ORDER

Before the Court is appellant's September 5, 2018 motion for extension of time to file his brief. We **GRANT** the motion to the extent we **ORDER** appellant's brief due on or before October 7, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE